

FILED
CLERK U.S. DISTRICT COURT
FEB 14 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ralph Noriega et al | CASE NUMBER |
| | 2:10-cv-09492-SVW -PLA |
| PLAINTIFF(S) | |
| v. | |
| County of Los Angeles et al | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). | |

Priority
Send
Enter
Closed
~~JS-5/~~JS-6
JS-2/JS-3
Scan Only

This action having been tried before the Court sitting with a jury, the Honorable  STEPHEN V. WILSON  , District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):  Ralph Noriega 

/ / /

/ / /

/ / /

take nothing; that the action be dismissed on the merits; and that the defendant(s):

 County of Los Angeles, Eric Acosta, Kevin Duxbury 

recover of the plaintiff(s) its costs of action, taxed in the sum of  to be determined by the Clerk. 

Clerk, U. S. ~~District Court~~

Dated:  2/14/12 

By _____
Deputy Clerk

At:  1:49 pm 

1111

cc: Counsel of record

CV-44 (11/96)          JUDGMENT ON THE VERDICT FOR DEFENDANT(S)